1  JEMMA E. DUNN
   Nevada Bar No. 16229
2  MATTHEW T. HALE
   Nevada Bar No. 16880
3  MICHAEL A. BURNETTE
   Nevada Bar No. 16210
4  GREENBERG GROSS LLP
   1980 Festival Plaza Drive, Suite 730
5  Las Vegas, Nevada 89135
   Telephone: (702) 777-0888
6  Facsimile: (702) 777-0801
     *JDunn@GGTrialLaw.com*
7    *MHale@GGTrialLaw.com*
     *MBurnette@GGTrialLaw.com*
8
   *Attorneys for Plaintiff*
9  *Phallon Fleck*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHALLON FLECK, an individual, | Case No.: 2:25-cv-00644-CDS-EJY |
| Plaintiff | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| HIRSCHI IRON, LLC, a Nevada limited liability company; HIRSCHI COMPANIES, LLC, a Nevada limited liability company, | |
| Defendants | |

Plaintiff Phallon Fleck ("Plaintiff"), by and through her counsel of record, the law firm of Greenberg Gross LLP, and Defendants Hirschi Iron, LLC and Hirschi Companies, LLC ("Defendants"), by and through their counsel of record, the law firm of O'Hagan Meyer PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to Dismissal with Prejudice in this action, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

Dated this 25th day of November, 2025

| | |
|---|---|
| */s/ Michael A. Burnette* | */s/ Inku Nam* |
| JEMMA E. DUNN | WHIT SELERT |
| Nevada Bar No. 16229 | Nevada Bar No. 5492 |
| MATTHEW T. HALE | INKU NAM |
| Nevada Bar No. 16880 | Nevada Bar No. 12050 |
| MICHAEL A. BURNETTE | O'HAGAN MEYER PLLC |
| Nevada Bar No. 16210 | 300 S. 4th Street, Suite 1250 |
| GREENBERG GROSS LLP | Las Vegas, Nevada 89101 |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 1, 2025

-2-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE